JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

GURUDEV GURUDEV,
Petitioner,
v.
MARK BOWEN, et al.,
Respondents.

No. 5:26-cv-04462-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 8), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One. The remaining claims in the Petition are denied as moot in light of the relief granted on Claim One. Judgment is hereby entered, and the Deputy Clerk is instructed to close the case.

DATED: August 21, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE